# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* DR. CARL BAHR and DR. CRAIG BAHR<br><br>Plaintiffs,<br><br>v.<br><br>COMFORT DENTAL GROUP, INC.; COMFORT SMILE, LLC F/K/A COMFORT SMILE, P.C.; BUDGET DENTAL LAB, LLC; M'KNIB COMPANY; RICK KUSHNER; CLAUDE MICHAEL BLOSS; ROY MARTIN, JR.; NEIL NORTON; BRUCE IRICK; TYE ROYLANCE; AND ZACHARY NELSON<br><br>Defendants. | Case No. 4:16-cv-01062-RK<br><br>**ENTRY OF APPEARANCE** |

The attorneys of HUSCH BLACKWELL LLP and Cynthia L. Cordes hereby enter their appearance as counsel on behalf of COMFORT DENTAL GROUP, INC., in the above-referenced cause of action.

DATED: March 4, 2022.

                                        Respectfully submitted,

                                        /s/ *Cynthia L. Cordes*
                                        Cynthia L. Cordes, #66425
                                        HUSCH BLACKWELL LLP
                                        4801 Main Street, Suite 1000
                                        Kansas City, MO 64112
                                        (816) 983-8381 Telephone
                                        (816) 983-8080 Facsimile
                                        Cynthia.cordes@huschblackwell.com

                                        ATTORNEYS FOR COMFORT DENTAL GROUP, INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was forwarded electronically via the Court's electronic filing system to all parties of record this 4th day of March 2022.

                                            /s/ *Cynthia L. Cordes*